PO Box 1259
Dept. # 136480
Oaks, PA 19456

| If you wish to pay by credit card, fill in the information below. | |
|---|---|
| Card Number | Card Exp |
| Card Holder Name | CVV |
| Signature | Amount Paid |
| Account Number ▮3453 | Balance Due $94.53 |

*If you would like to make your payment through our website, please visit www.alpharecoverycorp.com*

DONNA STURM
47 S CHERRY VALLEY AVE # A
WEST HEMPSTEAD NY 11552-1834

Alpha Recovery Corp.
6912 S. Quentin St. Unit 10
Centennial CO. 80112

---

***Please Detach This Portion And Return With Payment***      Alpha Recovery Corp. Toll Free: 1-877-359-8714

**ALPHA RECOVERY CORP**

6912 S. Quentin St. Unit 10
Centennial CO. 80112

Toll Free: 877-359-8714

10/13/2018

**Creditor:** Oliphant Financial Group, LLC.
**Account Number:** ▮3453

**Original Creditor:** EVINE, Inc.
**Original Creditor Account Number:** ***6916

**Debt Due as of Charge-Off:** $94.53
**Interest Accrued since Charge-Off:** $0.00
**Non-Interest Charges or Fees Accrued since Charge-Off:** $0.00
**Payments Made on Debt since the Charge-Off:** $0.00
**Balance Due:** $94.53

Dear Donna Sturm,

Please be advised that your outstanding balance, in the amount of $94.53 for this account has been placed with our office. Please remit your payment in full payable to Alpha Recovery Corp. We trust your intention is to address this matter. Please do not hesitate to contact Chris Della Ratta at 720-509-2125, Monday and Tuesday from 10:00am - 7:00pm MST, Wednesday, Thursday and Friday from 7:30am-4:30pm MST. Please refer to the account number listed above.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of original creditor, if different from the current creditor.

Alpha Recovery Corp.

Your account with the above referenced original creditor has been purchased and is now owned by our client, Oliphant Financial Group, LLC.

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
a) the use or threat of violence;
b) the use of obscene or profane language; and
c) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

This is a communication from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.
***See reverse side for state specific laws and other important information***



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

1 of 1



BBB
ACCREDITED
BUSINESS

137117-1NY-32

Change of Address Information

_____

_____

_____

Home Phone # _____

Work Phone # _____

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

Notice to California Residents: The State Rosenthal Fair Debt Collection Practices Act and The Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collector may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collections activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or WWW.FTC.GOV. As required by California law, you are hereby notified that a negative credit report reflecting on your credit may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

For Colorado residents: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE **www.coag.gov/car** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Notice to Maine Residents: Alpha Recovery Corporation OPERATING HOURS IS Monday and Tuesday 10:00am - 7 pm MST, Wednesday, Thursday, and Friday 7:30am - 4:30pm MST

NOTICE TO MASSACHUSETTS RESIDENTS: NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT WILL NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY. YOU MAY CONTACT OUR OFFICE AT 877-359-8714 BETWEEN THE HOURS OF 10:00am - 7pm MST Monday and Tuesday & 7:30am - 4:30pm MST Wednesday, Thursday, and Friday.

Notice to Tennessee Residents: This collection agency is licensed by the collection service board of The Department of Commerce and Insurance, License ID Number 00001173.

Notice to Minnesota Residents: This collection agency is licensed by The Minnesota Department of Commerce.

Notice to North Carolina Residents: Alpha Recovery Corporation PERMIT# 104670.

Notice to New York City Residents: Alpha Recovery Corporation License # 1379591.