**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DONNA A. STURM, individually and on
behalf of all others similarly situated,

                Plaintiff,

  - against -                           **JUDGMENT**
                                       CV 19-556 (JMA) (AYS)

ALPHA RECOVERY CORP.,

                Defendant.
-----------------------------------------------------------X

      A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on September 22, 2021, denying Plaintiff's motion for summary judgment, granting Defendant's motion for summary judgment; and directing the Clerk of Court to enter judgment in accordance with the September 22, 2021 Memorandum and Order and to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Donna A. Sturm take nothing of Defendant Alpha Recovery Corp.; that Plaintiff's motion for summary judgment is denied; that Defendant's motion for summary judgment is granted; and that this case is closed.

Dated: September 22, 2021
       Central Islip, New York

                                                                   DOUGLAS C. PALMER
                                                                   CLERK OF THE COURT
                                                    BY:   /S/ JAMES J. TORITTO
                                                                        DEPUTY CLERK